IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JERRY CHAMBER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4650

Opinion filed December 12, 2016.

An appeal from an order of the Circuit Court for Leon County.
Angela Dempsey, Judge.

Jerry Chamber, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.

WOLF, B.L. THOMAS, and KELSEY, JJ., CONCUR.